UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| TAMMY L. RHODES, | Civil No. 3:19-CV-05966-RSM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including January 17, 2020, to file a Response to Plaintiff's Complaint.

DATED this 18th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE